# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     LISA SMITH

           Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
           Movant

vs.

LISA SMITH

CASE NO: 5-23-00887-MJC

           Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on May 10, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice.

1. A Petition under Chapter 13 was filed on April 24, 2023.

2. The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).
   - Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
   - Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
   - CHAPTER 13 PLAN

In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

Case Number: 5-22-01875-MJC
Counsel: PRO SE
Filing Date: 09/29/22     Date Dismissed: 11/09/22
Total Payments: $0.00     Chapter: 13
Result: Dismissed for failure to file information

Case Number: 5-17-01703-JJT
Counsel: VINCENT RUBINO, ESQUIRE
Filing Date: 04/25/17     Date Dismissed: 04/11/18
Total Payments: $2842.43     Chapter: 13
Result: Dismissed for failure to make plan payments

Case Number: 5-14-05560-JJT
Counsel: TULLIO DeLUCA, ESQUIRE
Filing Date: 12/02/14     Date Dismissed: 05/06/15
Total Payments: $0.00     Chapter: 13
Result: Dismissed for failure to make plan payments

Case Number: 5-12-05035-RNO  
Counsel: STEVEN SAVOIA, ESQUIRE  
Filing Date: 8/29/12    Date Dismissed: 01/23/13  
Total Payments: $0.00    Chapter: 13  
Result: Dismissal requested by debtor  
_____

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of four (4) prior Chapter 13 petitions within a ten(10) year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of hearing and/or other instructions are included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:
1. Enter an Order dismissing the above-captioned case and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 180 days from the entry of this dismissal.

        Respectfully submitted,

        /s/ Agatha R. McHale, Esquire  
        Id:  47613  
        Attorney for Trustee  
        Jack N. Zaharopoulos  
        Standing Chapter 13 Trustee  
        8125 Adams Drive, Suite A  
        Hummelstown, PA   17036  
        Phone:   (717) 566-6097  
        email: amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LISA SMITH | CHAPTER 13 |
| Debtor(s) | |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE | CASE NO: 5-23-00887-MJC |
| Movant | |

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss with Prejudice for failure to file:

- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
- CHAPTER 13 PLAN

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court | Date: June 1, 2023 |
| Max Rosenn U.S. Courthouse | Time: 10:00 AM |
| 197 S. Main Street | |
| Wilkes Barre, PA | |

    Objections/responses are due on or before May 24, 2023. The hearing as scheduled will be held regardless of any objections or responses having been filed.

| | |
|---|---|
| Dated: May 10, 2023 | /s/ Agatha R. McHale, Esquire<br>Id: 47613<br>Attorney for Trustee<br>Jack N. Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br>Phone: (717) 566-6097<br>email: info@pamd13trustee.com |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   LISA SMITH                          CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS                         CASE NO: 5-23-00887-MJC
CHAPTER 13 TRUSTEE
        Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 10, 2023, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

**Served by First Class Mail**

LISA SMITH
1224 ALLEGHENY DR
BLAKESLEE, PA 18610

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  May 10, 2023          /s/ Vickie Williams
                              Office of the Standing Chapter 13 Trustee
                              Jack N. Zaharopoulos
                              Suite A, 8125 Adams Dr.
                              Hummelstown, PA   17036
                              Phone:   (717) 566-6097
                              email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: LISA SMITH

        Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

CASE NO: 5-23-00887-MJC

vs.

LISA SMITH

        Respondent(s)

**ORDER DISMISSING CASE WITH PREJUDICE**

    Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.