United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00887-MJC |
| Lisa Smith | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jun 02, 2023 | Form ID: pdf010 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lisa Smith, 1224 Allegheny Dr., Blakeslee, PA 18610-2005 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5538074 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2023 18:54:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5536504 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 02 2023 18:43:00 | PNC Bank, 249 Fifth Ave, Pittsburgh, PA 15222 |
| 5538596 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 02 2023 18:44:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5539352 | Email/PDF: ebn_ais@aisinfo.com | Jun 02 2023 18:54:01 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5536631 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 02 2023 18:54:01 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 5542594 | Email/Text: EDBKNotices@ecmc.org | Jun 02 2023 18:43:00 | US Department of Education, PO Box 16448, Saint Paul MN 55116-0448 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LISA SMITH<br>Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>Movant | CASE NO: 5-23-00887-MJC |
| vs. | |
| LISA SMITH<br>Respondent(s) | |

### ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice, Dkt. # 13 ("Motion"), and after a hearing held on June 1, 2023, it is hereby

**ORDERED** that the Motion is **GRANTED** and the above-captioned bankruptcy be and hereby is **DISMISSED WITH PREJUDICE**, and it is further

**ORDERED** that Debtor is hereby **BARRED** from filing another bankruptcy case in this district for a period of 180 days from the date of this order without a prior court order authorizing any subsequent bankruptcy case filing.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: June 1, 2023